UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01449-CJC (DFMx) | Date | March 11, 2019 |
| Title | Christopher Morris et al v. Carrington Mortgage Services, LLC et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Gabriela Garcia | Not Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT STIPULATION TO DISMISS CASE PURSUANT TO FRCP 41(1)(a)(2)**

The Court, having been advised by the Defendant that this action has been resolved by a Joint Stipulation to Dismiss Case [28], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

_____ : _____

Initials of Deputy Clerk   gga